THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NATHAN D. KLEIGMAN, Appellant.

Argued November 30, 1938; decided January 3, 1939.

*Murray Kurman* for appellant.

*William F. X. Geoghan, District Attorney (Edward H. Levine* of counsel), for respondent.

Judgments reversed and information dismissed. The evidence is insufficient to warrant conviction. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.